UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7819 JFW (MRW) | Date | February 20, 2015 |
|---|---|---|---|
| Title | Wachter v. King, et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The Court previously issued an order screening the Second Amended Complaint in this pro se civil rights action. (Docket # 9.) The Court declined to order service of the complaint due to numerous pleading deficiencies. The Court directed Plaintiff to submit a proposed amended complaint by January 30, 2015, curing those defects. The Court's order expressly informed Plaintiff that his failure to file a timely amended complaint would lead the Court to "recommend that the action be dismissed [ ] for failure to diligently prosecute" the action pursuant to Federal Rule of Civil Procedure 41(b). However, to date, Plaintiff failed to file anything in response to the Court's order.

Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed under Rule 41 for failure to prosecute the action or to comply with a Court order. Plaintiff must file his response to the Court's OSC by or before March 16, or the action will be terminated.